# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELDON P. ANDERSON,
          Appellant,

vs.

MONIQUE A. MCNEILL, AN
INDIVIDUAL; AND LAW OFFICES OF
MONIQUE A. MCNEILL,
          Respondents.

No. 80102

**FILED**

DEC 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting a motion to set aside the clerk's entry of default. Eighth Judicial District Court, Clark County; James Crockett, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order granting a motion to set aside a clerk's entry of default. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-51050

cc: Hon. James Crockett, District Judge
Eldon P. Anderson
Monique A. McNeill
Eighth District Court Clerk